# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:24-CR-29 (WLS-TQL) |
| ZYKENZIE CALHOUN, | : |
| Defendant. | : |

## ORDER

Before the Court is Defendant Zykenzie Calhoun's ("Defendant") Motion for Continuance in the Interests of Justice ("the Motion") (Doc. 23). Therein, Defendant asks the Court to continue the trial in the above-captioned case from the specially set November 2024 trial term to the February next Valdosta Division trial term. Counsel contends such a continuance is warranted to afford Counsel time to review discovery, conduct research and engage in plea negotiations.

For the stated reasons, and because the Government does not oppose, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Thus, and for good cause shown, the Motion (Doc. 23) is **GRANTED**. The trial in the above-captioned matter is hereby **CONTINUED** to the February 2024 and its conclusion, or as may be otherwise ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this 25th day of September 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**